IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOHN G. SIMMERMON, III, et al., | |
| Plaintiffs, | Civil No. 09-5880-JBS-KMW |
| v. | |
| MICHAEL GABBIANELLI, et al., | |
| Defendants. | |

**AMENDED SCHEDULING ORDER**
**AND ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of letter request dated March 14, 2011 from Allan E. Richardson, Esquire, counsel for the defendants, for an order extending discovery by sixty (60) days; and it appearing that all counsel join in this extension request, and for good cause shown:

IT IS this **15th** day of **March, 2011**, hereby **ORDERED:**

1. Pretrial factual discovery is hereby extended to **May 31, 2011**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Civ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

2. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **June 27, 2011**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

3. The telephone status conference previously set for **March 28, 2011 at 10:30 a.m.** has been adjourned and **rescheduled** for **May 24, 2011 at 11:30 a.m**. Counsel for plaintiff shall initiate the telephone call.

4. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period

sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F℮d. R. C℩v. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F℮d. R. C℩v. P. 16(f).**

<u>s/ Karen M. Williams</u>
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Jerome B. Simandle